IN ACCOUNT WITH
# WILLIAMS MULLEN
*Williams Mullen Clark & Dobbins*

Two James Center
Post Office Box 1320
Richmond, Virginia 23218-1320
EIN#: 54-1246519

---

Gauge Works, LLC  MARCH 14, 2005
033269

ITEMIZED DISBURSEMENTS - CONTINUED

DESCRIPTION                                                              AMOUNT

ITEMIZED DISBURSEMENTS BILL

DESCRIPTION                                                              AMOUNT

REGARDING:   JENNINGS, DOUGLAS M. - LITIGATION

 Telecopies                                          5.00

      TOTAL MATTER DISBURSEMENTS                     $5.00

Page  8


EXHIBIT A

IN ACCOUNT WITH

# WILLIAMS MULLEN

*Williams Mullen Clark & Dobbins*

Two James Center
Post Office Box 1320
Richmond, Virginia 23218-1320
EIN#: 54-1246519

Gauge Works, LLC　　　　　　　　　　　　　　　　　APRIL 18, 2005
033269.0021

ITEMIZED DISBURSEMENTS BILL

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopies | 17.85 |
| Telecopies | 124.00 |
| 03/28/05 Courier Service - - VENDOR:FEDERAL EXPRESS | 12.43 |
| **TOTAL DISBURSEMENTS** | **$154.28** |

IN ACCOUNT WITH
# WILLIAMS MULLEN
*Williams Mullen Clark & Dobbins*

Two James Center
Post Office Box 1320
Richmond, Virginia 23218-1320
EIN#: 54-1246519

Gauge Works, LLC
033269

MAY 11, 2005

ITEMIZED DISBURSEMENTS BILL

| DESCRIPTION | AMOUNT |
|---|---|
| REGARDING: JENNINGS, DOUGLAS M. - LITIGATION | |
| Photocopies | 3.30 |
| Telecopies | 22.00 |
| Westlaw | 561.05 |
| 04/25/05 Courier Service - - VENDOR:FEDERAL EXPRESS | 9.85 |
| TOTAL MATTER DISBURSEMENTS | $596.20 |
| TOTAL DISBURSEMENTS | $596.20 |

GAUGE WORKS, LLC  
RE: JENNINGS, DOUGLAS M. - LITIGATION  
Client: 033269  
Matter: 0021

Williams Mullen  
June 15, 2005  
Invoice No: 423283

## ITEMIZED DISBURSEMENTS BILL

| DESCRIPTION | AMOUNT |
| --- | --- |
| Outside Legal/Professional Fees - - VENDOR:WOODEN & MCLAUGHLIN LLP | $57.50 |
| Vendor Photocopies - - VENDOR:IKON OFFICE SOLUTIONS | $315.26 |
| Photocopies | $7.80 |
| Telecopies | $28.00 |
| Westlaw | $355.53 |
| **TOTAL MATTER DISBURSEMENTS** | $764.09 |



# WILLIAMS MULLEN
*A Professional Corporation*
VIRGINIA • WASHINGTON, D.C. • LONDON

---

GAUGE WORKS, LLC
Client: 033269
Matter: 0021

JULY 21, 2005
Invoice No: 427147

| DESCRIPTION | AMOUNT |
|---|---|
| Vendor Photocopies - - VENDOR:GOOZMAN, BERNSTEIN & MARKUSKI | $789.60 |
| Travel - Meals - - VENDOR:D. KYLE DEAK | $20.50 |
| Travel-Transportation /Mileage/ Parking - - VENDOR:D. KYLE DEAK | $111.78 |
| Vendor Photocopies - - VENDOR:DUPLEX INC. | $115.61 |
| Photocopies | $26.40 |
| Telecopies | $4.00 |
| Westlaw | $85.75 |
| **TOTAL DISBURSEMENTS** | **$1,153.64** |

RE: JENNINGS, DOUGLAS M. - LITIGATION  
Client: 033269  
Matter: 0021

Williams Mullen  
August 17, 2005  
Invoice No: 431390

## ITEMIZED DISBURSEMENTS BILL

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition/Transcripts - - VENDOR:L.A.D. REPORTING & DIGITAL | $506.75 |
| Courier Service - - VENDOR:FEDERAL EXPRESS | $22.12 |
| Photocopies | $229.80 |
| Telecopies | $17.00 |
| Westlaw | $202.23 |
| **TOTAL MATTER DISBURSEMENTS** | **$977.90** |



**WILLIAMS MULLEN**

*A Professional Corporation*
VIRGINIA • WASHINGTON, D.C. • LONDON

GAUGE WORKS, LLC  
Client: 033269  
Matter: 0021

SEPTEMBER 16, 2005  
Invoice No: 435852

## DISBURSEMENTS

| DESCRIPTION | AMOUNT |
| --- | ---: |
| Travel-Transportation /Mileage/ Parking - - VENDOR: D. KYLE DEAK | $93.96 |
| Travel - Meals - - VENDOR: BRYAN D. WRIGHT | $13.26 |
| Travel-Transportation /Mileage/ Parking - - VENDOR: BRYAN D. WRIGHT | $585.80 |
| Vendor Photocopies - - VENDOR: DOCUMENT TECHNOLOGIES, INC. | $123.64 |
| Courier Service - - VENDOR: FEDERAL EXPRESS | $19.14 |



# WILLIAMS MULLEN
*A Professional Corporation*
VIRGINIA • WASHINGTON, D.C. • LONDON

GAUGE WORKS, LLC
Client: 033269
Matter: 0021

SEPTEMBER 16, 2005
Invoice No: 435852

| DESCRIPTION | AMOUNT |
| --- | --- |
| Courier Service - - VENDOR: FEDERAL EXPRESS | $35.97 |
| Courier Service - - VENDOR: FEDERAL EXPRESS | $54.15 |
| Photocopies | $5.70 |
| Telecopies | $24.00 |
| Westlaw | $140.21 |

RE: JENNINGS, DOUGLAS M. - LITIGATION  
Client: 033269  
Matter: 0021

Williams Mullen  
February 17, 2006  
Invoice No: 456991

---

| | |
|---|---|
| Photocopies | $59.40 |
| Telecopies | $2.00 |
| Westlaw | $42.35 |
| Pacer | $12.48 |

RE: JENNINGS, DOUGLAS M. - LITIGATION  
Client: 033269  
Matter: 0021

Williams Mullen  
March 10, 2006  
Invoice No: 459423

| DESCRIPTION | AMOUNT |
| --- | --- |
| Travel-Transportation /Mileage/ Parking - - VENDOR: BRYAN D. WRIGHT | $533.80 |
| Westlaw | $282.94 |
| Pacer | $1.44 |
| **TOTAL MATTER DISBURSEMENTS** | **$818.18** |

RE: JENNINGS, DOUGLAS M. - LITIGATION  
Client: 033269  
Matter: 0021

Williams Mullen  
April 19, 2006  
Invoice No: 463944

---

## ITEMIZED DISBURSEMENTS BILL

| DESCRIPTION | AMOUNT |
|---|---|
| Travel - Meals - - VENDOR: BRYAN D. WRIGHT | $30.00 |
| Travel-Transportation /Mileage/ Parking - - VENDOR: BRYAN D. WRIGHT | $45.00 |
| Photocopies | $0.60 |
| **TOTAL MATTER DISBURSEMENTS** | **$75.60** |

RE: JENNINGS, DOUGLAS M. - LITIGATION  
Client: 033269  
Matter: 0021

Williams Mullen  
May 16, 2006  
Invoice No: 466874

## ITEMIZED DISBURSEMENTS BILL

| DESCRIPTION | AMOUNT |
|---|---|
| Courier Service - - VENDOR: FEDERAL EXPRESS | $13.91 |
| Photocopies | $13.65 |
| **TOTAL MATTER DISBURSEMENTS** | **$27.56** |

## WOODEN & MCLAUGHLIN LLP
FEDERAL ID #35-1171367

February 9, 2005
Invoice # 45205

BRYAN D. WRIGHT, ESQ.                                                          Page 2
Matter I.D. 10710-0001 - DDT

| Date | Description of Disbursements | | Amount |
|---|---|---|---|
| | Photocopies (In-House) | | 1.25 |
| | Long distance calls | | 3.86 |
| | | Total Disbursements $ | 5.11 |


**WOODEN & MCLAUGHLIN L...**
FEDERAL ID #35-1171367

March 15, 2005
Invoice # 45948

BRYAN D. WRIGHT, ESQ.                                                          Page 2
Matter I.D. 10710-0001 - DDT

| Date | Description of Disbursements | Amount |
|---|---|---|
| 02-17-05 | Filing fee; pro hac vice of Deak. ck; U.S. DISTRICT COURT | 30.00 |
| 02-17-05 | Filing fee; pro hac vice of Wright. ck; U.S. DISTRICT COURT | 30.00 |
|  | Outgoing Fax (1/2 share of cost) | 2.08 |
|  | Long distance calls (1/2 share of cost) | 1.85 |

## WOODEN & MCLAUGHLIN LLP
FEDERAL ID #35-1171367

May 17, 2005
Invoice # 47393

BRYAN D. WRIGHT, ESQ.                                              Page 2
Matter I.D. 10710-0001 - DDT

| Date | Description of Disbursements | Amount |
|---|---|---|
| 04-08-05 | | |
| | Photocopies (In-House) | 13.75 |
| | Long distance calls | 0.54 |

## WOODEN & MCLAUGHLIN LLP
FEDERAL ID #35-1171367

January 16, 2006
Invoice # 53951

BRYAN D. WRIGHT, ESQ.                                              Page 2
Matter I.D. 10710-0001 - DDT

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
|      | Photocopies (In-House)       | 20.75  |
|      | Total Disbursements        $ | 20.75  |