UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **DOUGLAS M. JENNINGS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.  1:04-cv-1862-WTL-RLY |
| | ) |
| **AUTO METER PRODUCTS, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

**ENTRY AWARDING COSTS**

This cause is before the court on the Bills of Costs, as supplemented, filed by Defendants Gauge Works, LLC, and Gregory Day and Jennings' objections thereto.  By previous order, the Court disallowed certain of the categories of costs sought by the Defendants and ordered them to provide additional information regarding their request for document reproduction costs and deposition transcripts.  The Defendants have provided no information regarding their document reproduction costs; accordingly, those costs are disallowed.  While the Defendants have provided some additional information regarding the deposition transcripts, they have failed to explain why those transcripts were necessarily obtained for their use in this case.  Accordingly, those costs also are disallowed.  **The Court therefore awards Defendant Gauge Works, LLC, costs in the amount of $66.96 and awards Defendant Gregory Day costs in the amount of $6.96.**

SO ORDERED:  10/17/2007

*William T. Lawrence*

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification